IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK M. ROZENSKI,** | CIV S-03-1665 GEB GGJ P |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **R. A. CASTRO, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response to this matter is hereby GRANTED. Respondent's response is due on or before June 7, 2005.

DATED: 5/11/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

roze1665.eot05