IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK M. ROZENSKI,

    Petitioner,        No. CIV S-03-1665 GEB GGH P

   vs.

R.A. CASTRO, Warden,

    Respondent.        <u>ORDER</u>

_____/

        Respondent has filed his second request to modify the briefing schedule. No further extensions of time will be granted but for a showing of substantial cause.

        IT IS HEREBY ORDERED that:

        1. Respondent's June 7, 2005 second request to modify the scheduling order is granted; and

        2. Respondent shall file and serve a response to the amended petition on or before July 7, 2005. No further extensions of time will be granted but for a showing of substantial cause.

DATED: 6/10/05

        /s/ Gregory G. Hollows
        _____
        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

GGH:kf
roze1665.111a