IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK M. ROZENSKI,

    Petitioner,        No. CIV S-03-1665 GEB GGH P

  vs.

R.A. CASTRO, Warden,

    Respondent.      <u>ORDER</u>

_____/

        Pursuant to the order filed July 21, 2005, respondent's answer was due July 25, 2005. On July 25, 2005, respondent filed a motion for a two day extension of time to file the answer. On July 26, 2005, respondent filed the answer.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's July 25, 2005, motion for extension of time is granted;

        2. The answer filed July 26, 2005, is deemed timely filed.

DATED: 8/3/05

                                    /s/ Gregory G. Hollows

                                    _____
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

roze1665.eot(4)