IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK M. ROZENSKI,

    Petitioner,        No. CIV S-03-1665 GEB GGH P

  vs.

R.A. CASTRO, Warden,

    Respondent.      <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of April 8, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 19, 2005 request for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before September 26, 2005.

DATED: 8/30/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kf
roze1665.111b