IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK M. ROZENSKI,

        Petitioner,                     No. CIV S-03-1665 GEB GGH P

    vs.

R.A. CASTRO, Warden,

        Respondent.               <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve his objections to the February 16, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 2, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve his objections to the February 16, 2006 findings and recommendations.

DATED: 3/13/06

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:bb
roze1665.111