IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK M. ROZENSKI,

      Petitioner,                    No. CIV S-03-1665 GEB GGH P

    vs.

R.A. CASTRO, Warden,

      Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 5, 2006, judgment was entered. On June 26, 2006, petitioner filed a motion for an extension of time to respond to the judgment. The court construes this as a request for extension of time to file a notice of appeal and request for a certificate of appealability.

        Good cause appearing, petitioner's request for an extension of time to file a notice of appeal and request for certificate of appealability is granted. Fed. R. App. P. 4(a)(5).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's June 26, 2006, motion for extension of time is granted;

/////

/////

2. Petitioner's request for a certificate of appealability and notice of appeal are due within ten days of the date of this order.

DATED: 7/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
roz1665.eot